

Case Number: LACV091946　　Case Title: SHERIN L EASTERDAY VS WHIRLPOOL CORPORATION ETAL

Opened: 01-15-2019
County: Linn
Case Type: EMPLOYMENT CLAIM　　　Status: Active　　　Judge:
Prayer Amount: $.00

⊞ Show/Hide Participants

| File Date | Case History |
|---|---|
| 02-11-2019 07:34:00 AM Plaintiff | RETURN OF ORIGINAL NOTICE<br>RICK RAUE/01-26-19/$40.00<br>Filed by: MARC ALLEN HUMPHREY |
| 01-18-2019 01:42:00 PM Plaintiff | RETURN OF ORIGINAL NOTICE<br>WHIRLPOOL CORPORATION BY SERVING VICKI REED, REG AGNT/01-18-2019/$70.00<br>Filed by: MARC ALLEN HUMPHREY |
| 01-15-2019 09:30:00 AM Plaintiff | Petition Filed: PETITION<br>Filed by: MARC ALLEN HUMPHREY |
| 01-15-2019 09:30:00 AM Plaintiff | CIVIL ORIGINAL NOTICE<br>Filed by: MARC ALLEN HUMPHREY |