IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| **SHERIN L. EASTERDAY,** Plaintiff, vs. **WHIRLPOOL CORPORATION, ET AL.** Defendant. | Case No. _____ |

## LOCAL RULE 81 STATEMENT

Pursuant to Local Rule 81(a), Defendant Whirlpool Corporation ("Defendant") hereby states as follows:

1. Pursuant to L.R. 81(a)(1), copies of all process, pleadings, and orders filed in the state court matter are submitted contemporaneously with Defendant's Notice of Removal.

2. No motions were submitted to the state court which will require resolution by this Court. *See* L.R. 81(a)(2).

3. In compliance with L.R. 81(a)(3), the following counsel appeared in the state court matter:

Thomas D. Wolle
**Simmons Perrine Moyer Bergman PLC**
115 3rd Street SE, Ste. 1200
Cedar Rapids, Iowa 52401
Telephone: 319-366-7641
Facsimile: 319-366-1917
twolle@simmonsperrine.com

**Attorney for Defendants Whirlpool Corporation and Rick Raue**

Marc A. Humphrey
**Humphrey Law Firm, P.C.**
300 Walnut Street, Suite 5
Des Moines, IA 50309
Telephone: (515) 331-3510
Facsimile: (515) 282-0318
mhumphrey@humphreylaw.com

**Attorney for Plaintiff Sherrin Easterday**

4. This is a civil case removed on the basis of diversity jurisdiction under 28 U.S.C. § 1332 and the petition filed in state court does not, on its face, indicate the required diversity of citizenship or the required amount in controversy. Accordingly, pursuant to L.R. 81(a)(4), Defendant includes a statement of facts demonstrating satisfaction of these jurisdictional requirements within its Notice of Removal.

Respectfully submitted,

/s/ Thomas D. Wolle
Thomas D. Wolle  AT0008564
Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Ste. 1200
Cedar Rapids, Iowa 52401
Telephone:	319-366-7641
Facsimile:	319-366-1917
twolle@simmonsperrine.com

Nikki Hininger Howell*
John F. Doyle*
Constangy, Brooks & Smith & Prophete, LLP
2600 Grand Blvd., Suite 750
Kansas City, MO 64108
Telephone:	816-329-5932
Facsimile:	816-256-5526
nhowell@constangy.com
jfdoyle@constangy.com

* *Pro Hac Vice* Application Forthcoming

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following counsel of record:

Marc A. Humphrey
Humphrey Law Firm, P.C.
300 Walnut Street, Suite 5
Des Moines, IA 50309
Telephone: (515) 331-3510
Facsimile: (515) 282-0318
Email: mhumphrey@humphreylaw.com

*Attorney for Plaintiff*

                                                               */s/* Thomas D. Wolle
                                                               An Attorney for Defendants

5657787v.1
Case 1:19-cv-00020-LRR-KEM   Document 1-3   Filed 02/15/19   Page 3 of 3