## DECLARATION OF SAVANNA NUNEMAKER

I, Savanna Nunemaker, am over the age of 18, and make this declaration based on personal knowledge.

1. I am employed by Whirlpool Corporation ("Whirlpool") in Amana, Iowa as a Senior Human Resources Representative. I have held this position since 2015.

2. Whirlpool has never employed Sherin Easterday ("Easterday").

3. To the extent Easterday ever performed work at Whirlpool's Amana, Iowa location, it was by assignment from the PIC Group, Inc. (the "PIC Group"), a third-party staffing agency.

4. Defendant Rick Raue ("Raue") has worked as a "Production Specialist" at Whirlpool's Amana, Iowa location since 1993.

5. Raue is an hourly employee for Whirlpool with no supervisory responsibility over Whirlpool employees.

6. Moreover, as an employee of Whirlpool, Raue completely lacks any supervisory authority over PIC Group employees.

7. At all times relevant to the claims asserted in Easterday's Petition, Raue had no supervisory authority over Easterday and was in no way Easterday's manager or supervisor.

8. Raue did not have authority to hire or fire any Whirlpool employee.

9. Raue did not have authority to hire or fire any PIC Group employee.

10. Given Raue's extensive experience with Whirlpool, Raue would occasionally answer questions from PIC Group employees on tasks they were completing. Nonetheless, at all times relevant, Raue lacked any authority to hire, terminate, or reassign PIC Group employees.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge and belief.

Executed on February 15, 2019.

*Savanna Nunemaker*
Savanna Nunemaker