# DECLARATION OF KAREN ORVICK

I, Karen Orvick, am over the age of 18, and make this declaration based on personal knowledge.

1. I am employed by Whirlpool Corporation ("Whirlpool") in Amana, Iowa as a Materials Manager. I have held this position since March, 2018. Prior to occupying this position, I was the Supplier Quality Manager of Whirlpool's Amana, Iowa facility.

2. At all times relevant to the claims asserted in Easterday's Petition, Easterday was employed by the PIC Group, Inc. (the "PIC Group").

3. The PIC Group is a third-party staffing agency that contracts with Whirlpool to provide temporary staffing for technical projects. The PIC Group hires and provides its own employees to perform contracted services for Whirlpool.

4. The PIC Group is solely responsible for making employment decisions related to hiring, disciplining, and/or terminating its employees.

5. At all times relevant to the claims asserted in Easterday's Petition, Cathy Noble, a management-level employee of the PIC Group, supervised and managed PIC Group employees assigned to Whirlpool.

6. Any PIC Group employees placed to perform work at Whirlpool wore yellow vests to differentiate themselves from Whirlpool employees and only reported to Ms. Noble of the PIC Group.

7. If a Whirlpool supervisor had any concern related to a PIC Group employee's job performance, the Whirlpool supervisor was under strict instructions to discuss the issue with Ms. Noble rather than directly with the PIC Group employee.

1

EXHIBIT E

8. To the extent Easterday ever performed work at Whirlpool's Amana, Iowa facility in or around September 2016, it was while she was employed by the PIC Group and, accordingly, she at all times reported directly to her PIC Group supervisors.

9. In or around September 2016, Whirlpool employee Rick Raue ("Raue") had no supervisory authority over Easterday and was in no way Easterday's manager or supervisor.

10. In or around September 2016, Raue did not have authority to hire or fire any Whirlpool employee.

11. In or around September 2016, Raue did not have authority to hire or fire any PIC Group employee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge and belief.

Executed on February 15, 2019.

*Karen C Orvick*
Karen Orvick